# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 27, 2007

134427

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE RYAN CODY SCHOTT and SPENCER
JORDAN SCHOTT, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
          Petitioner-Appellee,

v

LAURA SCHOTT,
          Respondent-Appellant,

and

JEFFREY SCHOTT,
          Respondent.

_____/

SC:  134427
COA:  274170
Macomb CC
Family Division:  1993-039180-NA

        On order of the Court, the application for leave to appeal the June 19, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 27, 2007

_____
Clerk

s0724